IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4:13 CR 512 JAR (TIA) ) |
| JEFFREY WITT | ) ) ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Comes now Lee T. Lawless, Federal Public Defender, and requests leave to file his Motion for Leave to Withdraw and to Appoint Substitute Counsel under seal.

Respectfully submitted,

/s/ Lee T. Lawless
LEE T. LAWLESS
Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Lee_Lawless@fd.org
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

      I hereby certify that on April 14, 2014, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the office of the United States Attorney.

                                          /s/ Lee T. Lawless
                                          LEE T. LAWLESS
                                          Federal Public Defender